**IT IS SO ORDERED.**

/s/ Randolph Baxter
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

Dated: 24 September, 2010 02:48 PM

#8206978 sep/las/sdf

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 10-10751 |
| | ) | |
| KATHY RAMSEY | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| DEBTOR | ) | JUDGE RANDOLPH BAXTER |

## AGREED ORDER FOR RELIEF FROM STAY ON REAL PROPERTY LOCATED AT 4320 E. 167TH ST., UNIT A, CLEVELAND, OH

This matter came on for consideration by the Court upon the Motion for Relief from Stay ("Motion") filed by Third Federal Savings and Loan Association of Cleveland dba Third Federal Savings and Loan Associati; ("Movant")

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of hearing date for this Motion; and

The parties have entered into an agreement resolving this Motion.

**IT IS THEREFORE ORDERED:**

1. That Debtor shall maintain regular monthly post-petition payments, pursuant to the terms of the Note, to Movant outside the Chapter 13 Plan beginning with a payment on October 1, 2010. Failure by the Debtor to make contractual payments within 30 days of the date due shall constitute a default.

2. The Debtor shall cure all outstanding arrearages in the amount of $2,659.44 Inside the plan, by supplemental proof of claim to be filed by Movant. Failure by the Debtor to cure the outstanding arrearages shall constitute a default.

3. Upon existence of a default, Movant's counsel will send Debtor and counsel for the Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay. If the default it not cured within the 10-day period, then the filing of an affidavit by the Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by §362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns.

# # #

SUBMITTED AND APPROVED BY:

WELTMAN, WEINBERG & REIS CO., L.P.A.


/s/ Scott D. Fink
Scott D. Fink, (0069022)
Attorney for Third Federal Savings and Loan Association of Cleveland dba Third Federal Savings and Loan Associati
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 West Lakeside Avenue
Cleveland, Ohio 44113-1099
216-739-5644
216-739-5680 fax
ecfndoh@weltman.com


/s/ Jonathan I. Krainess
Jonathan I. Krainess, ( 0073093 )
Attorney for Debtor
13880 Cedar Rd., Susite 120
Cleveland, OH 44118
216-320-4357
jkrainess@sbcglobal.net

# SERVICE LIST

Scott D. Fink, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113
ecfndoh@weltman.com
Attorney for Movant
(served electronically)

Jonathan I. Krainess, Esq.
13880 Cedar Rd., Suite 120
Cleveland, OH 44118
jkrainess@sbcglobal.net
Attorney for Debtor
(served electronically)

OFFICE OF THE UNITED STATES TRUSTEE
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue E.
Cleveland, OH 44114
(served electronically)

Kathy Ramsey
4320 East 167th Street, Unit A
Cleveland, OH 44128
Debtor
(served via U.S. Mail)

Criag H. Shopnekc, Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Ch13shopneck@ch13cleve.com
(served electronically)